1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHFIELD CHANG, | ) NO. CV 10-7543-JFW (MAN) |
| Petitioner, | ) |
| v. | ) ORDER ADOPTING FINDINGS, |
| MATTHEW C. CATE, | ) CONCLUSIONS, AND RECOMMENDATIONS |
| Respondent. | ) OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, Respondent's Motion To Dismiss Petition ("Motion"), all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been received. Having completed its review, the Court accepts and adopts the Report and the findings of fact, conclusions of law, and recommendations therein.

IT IS ORDERED that: (1) the Motion is GRANTED; and (2) Judgment shall be entered dismissing this action with prejudice.

1       IT IS FURTHER ORDERED that the Clerk serve copies of this Order and

2   the Judgment herein on the parties.

3

4       LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6   DATED:   May 18, 2011.

7

8                                    _____
                                     JOHN F. WALTER
9                                    UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28